IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAKE TOWNE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-2219 |
| | : | |
| CRAYOLA, LLC | : | |

# ORDER

AND NOW, this 24th day of April 2023, upon considering defendant's motion to dismiss (DI 9), plaintiff's response (DI 10), defendant's reply (DI 11), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's motion to dismiss (DI 9) is **GRANTED** without prejudice; and,

2. We grant leave for plaintiff to amend his complaint, no later than **May 8, 2023**, if the facts allow him to do so.

_____
**MURPHY, J.**